UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|                     |   |                          |
|---------------------|---|--------------------------|
| E'YEN CARNAIL,      | : | CASE NO. 1:12-cv-01042   |
| Petitioner,         | : | OPINION & ORDER          |
|                     | : | [Resolving Doc. 1]       |
| v.                  | : |                          |
| MARGARET BRADSHAW,  | : |                          |
| Respondent.         | : |                          |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Petitioner E'Yen Carnail seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]

Under Local Rule 72.2(b), this case was automatically referred to a Magistrate Judge for a Report and Recommendation.[2] On June 8, 2021, Magistrate Judge William H. Baughman, Jr. issued a Report and Recommendation, recommending that this Court dismiss Carnail's habeas petition.[3] Any objections to the Report and Recommendation were due on June 22, 2021.[4] Neither party filed objections.

Because neither party objected, the Court could adopt the Report and Recommendation without review.[5] Still, the Court reviewed the Report and Recommendation and agrees with Magistrate Judge Baughman that Carnail's habeas claims are procedurally defaulted under Ohio's *res judicata* doctrine.

---

[1] Doc. 1.
[2] Local Rule 72.2(b).
[3] Doc. 54.
[4] 28 U.S.C. § 636(b)(1); Local Rule 72.3(b).
[5] *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149–53 (1985); *U.S. v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 1:12-cv-01042
GWIN, J.

Consequently, the Court **ADOPTS** Magistrate Judge Baughman's Report and Recommendation and **DISMISSES** Carnail's petition. Further, the Court **DENIES** Carnail a certificate of appealability.[6]

IT IS SO ORDERED.

Dated: June 29, 2021        *s/    James S. Gwin*
                            JAMES S. GWIN
                            UNITED STATES DISTRICT JUDGE

---

[6] 28 U.S.C. § 2253.